470 A.2d 1017

Reibstein, Appellant, v. Reibstein.

Argued September 6, 1983. Emanuel A. Bertin, for appellant; Elizabeth L. Bennett, for appellee.

Before ROWLEY, POPOVICH and MONTGOMERY, JJ.

Order affirmed.